### John M. PAROLISI et ux., Camile Parolisi

v.

### The BEACH TERRACE IMPROVEMENT ASSOCIATION, INC., and Robert R. Koehne.

### No. 80–312–A.

Supreme Court of Rhode Island.

Sept. 11, 1980.

John F. Cuzzone, Jr., Providence, for plaintiff.

Seth K. Gifford, Providence, for defendants.

## ORDER

The plaintiffs' petition to prosecute their appeal out of time is assigned to the motion calendar for Friday, November 7, 1980 at 9:30 a. m. for oral argument.

BEVILACQUA, C. J., and DORIS, J., did not participate.